UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Daniel Francois

    v.                                                  Case No. 1:23-cv-00182-PB

United States of America

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 6, 2023, and deny Francois's § 2241 petition (doc. no. 1). The clerk is directed to enter judgment and close the case.

                                                                          /s/Paul Barbadoro
                                                                       Paul J. Barbadoro
                                                                       United States District Judge

Date: August 23, 2023

cc: Daniel Francois, pro se